

```
                    UNITED STATES DISTRICT COURT

                           DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )   2:16-CR-224-KJD-(CWH)
                                 )
              Plaintiff,         )
                                 )
    v.                           )   Preliminary Order of Forfeiture
                                 )
JENNIFER J. MCCAIN-BRAY,         )
    a/k/a "JJ McCain",           )
                                 )
                                 )
              Defendant.         )
```

This Court finds that defendant Jennifer J. McCain-Bray, a/k/a "JJ McCain", pled guilty to Counts One and Two of a Two-Count Superseding Information charging her in Count One with Mail Fraud in violation of Title 18, United States Code, Section 1341. Superseding Information, ECF No. 27; Plea Agreement, ECF No. 29; Change of Plea, ECF No. 30.

This Court finds defendant Jennifer J. McCain-Bray, a/k/a "JJ McCain", agreed to the imposition of the in personam criminal forfeiture money judgment of $6,715,531 set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Information. Superseding Information, ECF No. 27; Plea Agreement, ECF No. 29; Change of Plea, ECF No. 30.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1341, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and is subject to

///

forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Jennifer J. McCain-Bray, a/k/a "JJ McCain", shall pay an in personam criminal forfeiture money judgment of $6,715,531 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

· This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jennifer J. McCain-Bray, a/k/a "JJ McCain", an in personam criminal forfeiture money judgment of $6,715,531.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 9th day of Oct, 2018.

_____
UNITED STATES DISTRICT JUDGE