

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-224-KJD-CWH |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JENNIFER J. MCCAIN-BRAY, a/k/a "JJ McCain", | |
| Defendant. | |

This Court found that Jennifer J. McCain-Bray, a/k/a "JJ McCain", shall pay the in personam criminal forfeiture money judgment of $6,715,531 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Superseding Information, ECF No. 27; Plea Agreement, ECF No. 29; Change of Plea, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $6,715,531 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jennifer J. McCain-Bray, a/k/a "JJ McCain", the in personam criminal forfeiture money judgment of $6,715,531 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED January 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on DATE, 2019:

*/s/ Heidi L. Skillin*
HEIDI L. SKILLIN
FSA Contractor Paralegal