UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JENNIFER MCCAIN-BRAY,<br><br>            Defendant. | Case No. 2:16-cr-00224-KJD-CWH<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Reply to Response to Motion for Compassionate Release deadline currently scheduled for Thursday, November 26, 2020, be vacated and continued to  December 3, 2020  at the hour of  9 : 00  a .m.; or to a time and date convenient to the court.

   DATED this 30th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

3